IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

In Re:

**Michael O Flowers**
**Marinda L Flowers**

Case No. 22-10808-JDL
Chapter 13

    Debtors.

**TRUSTEE'S OBJECTION AND/OR REQUEST FOR SETTING OF HEARING ON CONFIRMATION**

    The Chapter 13 Trustee hereby requests this court set the above-styled matter for a confirmation hearing, and for cause therefore would state:

☒ Trustee objects to confirmation

- ☐ The proposed plan is not feasible    ☐ Plan payments are not current    ☐ Filing fee not paid in full
- ☐ Plan fails to pay general unsecured pursuant to means test _____
- ☐ Certificate of Service    ☐ not provided or    ☐ time has not run on:    ☐ Plan    ☐ Amended Plan
- ☐ 60 days pay vouchers not provided _____ ☐ Means test not calculated
- ☐ All debts not provided for _____
- ☐ Plan was not proposed in good faith    ☐ Paying for item(s) not necessary for reorganization
- ☐ Tax returns not provided    ☒ Plan fails to pay liquidation value **100%** _____
- ☐ Oklahoma Tax Commission objects to confirmation    ☐ Unfiled returns for _____
- ☐ Internal Revenue Service objects to confirmation    ☐ Unfiled returns for _____
- ☐ Creditor in attendance objects to confirmation _____
- ☒ Written objection filed by **BONDA LLC**
- ☒ Other **PENDING MTN TO LIFT STAY & LIMITED OBJ BY TR**
  **PROVIDE NEW EMP INFO FOR MR. FLOWERS**
- ☐ Any dismissal shall be requested with prejudice

If the case is not confirmed, the Trustee requests dismissal and any other relief the court deems just.

Respectfully Submitted,

**DATE: 6/16/2022**

s/John Hardeman
_____
John Hardeman
Chapter 13 Trustee

*********************************************************************************************

**NOTICE OF HEARING**

Pursuant to Trustee's Request for Setting of Hearing on Confirmation, this case will be set for a Confirmation Hearing on **07/19/2022**, at **8:35 a.m.** telephonically by calling (405)702-5920. The Clerk of the Court will provide proper notice thereof in compliance with the applicable rules of procedure. **Any party desiring to be heard at the Confirmation Hearing must file a written objection no later than twenty days after the conclusion of the Section 341 Meeting of Creditors. Loc.R.Bankr.P.3015(e)(1) and (e)(3).**